# United States District Court
## Violation Notice
(Rev. 1/2019)

(For issuance of an arrest warrant or summons)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| CS13 | 9554021 | ANDREWS | A1707 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense | Offense Charged ☐ CFR ☐ USC ☒ State Code |
|---|---|
| 12/04/2023  2:39AM | TITLE 18, USC 13 CALIFORNIA Vehicle 16020(A) |

**Place of Offense:** SURFACE NAVY BLVD, NAVAL BASE SAN DIEGO

**Offense Description: Factual Basis for Charge** — HAZMAT ☐

NO INSURANCE

### DEFENDANT INFORMATION

| Last Name | First Name | M.I. |
|---|---|---|
| GOVEA LOPEZ | HECTOR | M |

Street Address: [redacted]

| Tag No. | State | Year | Make/Model | Color |
|---|---|---|---|---|
| 39342N3 | CA | 22 | Toyota/Tacoma | Gray |

**APPEARANCE IS REQUIRED**
A ☐ If Box A is checked, you must appear in court. See instructions.

**APPEARANCE IS OPTIONAL**
B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ 80 Forfeiture Amount
+ $30 Processing Fee
$ 110 Total Collateral Due

PAY THIS AMOUNT AT www.cvb.uscourts.gov

**YOUR COURT DATE**
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: 333 WEST BROADWAY, SAN DIEGO, CA 92101

X Defendant Signature: [signed]

Original - CVB Copy

*9554021*

---

I state that on 04 DEC, 20 23 while exercising my duties as a law enforcement officer in the Southern District of CALIFORNIA

SEE ATTACHED STATEMENT

The foregoing statement is based upon:
☒ my personal observation
☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 12/04/2023  [Officer's Signature]

Probable cause has been stated for the issuance of a warrant.

Executed on: _____ Date (mm/dd/yyyy)  U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial driver's license; CMV = Commercial vehicle involved in incident

CVB SCAN 01/23/2024 14:25